UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-80610-CIV-KAM

JOHNNIE HAYES and PRISCILLA DAVIS,

    Plaintiffs,

vs.

U.S. BANK, N.A. AS TRUSTEE FOR
STRUCTURED ASSET INVESTMENT LOAN
TRUST MORTGAGE PASS-THROUGH
CERTIFICATES SERIES 2006-2, et al.,

    Defendants.
_____/

**JPMORGAN CHASE BANK, N.A.'S JOINDER IN MOTION FOR CONTINUANCE OF TRIAL AND EXTENSION OF SCHEDULING ORDER DEADLINES [D.E. 123]**

JPMorgan Chase Bank, N.A. ("Chase"), hereby joins in the arguments set forth by U.S. Bank National Association, as Trustee for Structured Asset Investment Loan Trust, Mortgage Pass-through Certificates, Series 2006–2 ("U.S. Bank") in its Motion for Continuance of Trial and Extension of Scheduling Order Deadlines [D.E. 123] filed on May 19, 2014.

        Respectfully submitted,

        RIVERO MESTRE LLP
        2525 Ponce de Leon Blvd., Suite 1000
        Miami, Florida 33134
        Telephone: 305-445-2500
        Facsimile: 305-445-2505
        E-mail: evonderosten@riveromestre.com

    By:    /s/ Erimar von der Osten
            Allen J. Smith
            Florida Bar No. 251501
            Erimar A. von der Osten
            Florida Bar No. 28786
            *Attorneys for JPMorgan Chase Bank, N.A.*

## CERTIFICATE OF SERVICE

I certify that on May 27, 2014, this Notice of Joinder was electronically filed with the Clerk of Court using EM/ECF and was served on the following counsel of record and pro se parties by the transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Blank Rome, LLP
Monika E. Siwiec
Nicole R. Topper
BocaEService@BlankRome.com
MSiwiec@BlankRome.com
NTopper@BlankRome.com
*Counsel for U.S. Bank, N.A., and Ocwen Loan Servicing LLC*

Akerman Senterfitt
Brandon George Forgione
brandon.forgione@akerman.com
*Counsel for U.S. Bank, N.A., and Ocwen Loan Servicing LLC*

Cole, Scott & Kissane, P.A.
Michael W. Shiver, Jr.
Anika Campbell
Stephen Harber
Michael.shiver@csklegal.com
Anika.campbell@csklegal.com
Stephen.harber@csklegal.com
*Counsel for Robertson Anschultz, & Schneid, P.L.*

Johnnie M. Hayes
480 W 35th Street
Riviera Beach, FL 33404
Ijhayes.hayes13@gmail.com
*Pro se plaintiff*

Priscilla Davis
480 W 35th Street
Riviera Beach, FL 33404
priscilla3574@gmail.com
*Pro se plaintiff*

By:    /s/ Erimar von der Osten
        Erimar von der Osten