IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:13-cv-80610

JOHNNIE HAYES;
PRISCILLA DAVIS

    Plaintiffs,

vs.

U.S. BANK NATIONAL ASSOCIATION AS
TRUSTEE FOR STRUCTURED ASSET
INVESTMENT LOAN TRUST MORTGAGE
PASS-THROUGH CERTIFICATES SERIES
2006-2, *et al.,*

    Defendants.
_____/

**DEFENDANTS, ROBERTSON, ANSHUTZ & SCHNEID, P.L., JAMIE EPSTEIN, MICHELLE BONDER, AND JON MEISELS', JOINDER IN MOTION FOR CONTINUANCE OF TRIAL AND <u>EXTENSION OF SCHEDULING ORDER DEADLINES [D.E. 123]</u>**

COMES NOW, Defendants, ROBERTSON, ANSCHUTZ & SCHNEID, P.L., JAMIE EPSTEIN, MICHELLE BONDER, and JON MEISELS, by and through their undersigned counsel hereby joins in the arguments set forth by U.S. Bank National Association, as Trustee for Structured Asset Investment Loan Trust, Mortgage Pass-through Certificates, Series 2006-2 ("U.S. Bank") in its Motion for Continuance of Trial and Extension of Scheduling Order Deadlines [D.E. 123] filed on May 19, 2014.

    Respectfully submitted,

    COLE, SCOTT & KISSANE, P.A.
    Attorneys for Defendants
    1645 Palm Beach Lakes Blvd., 2nd Floor
    West Palm Beach, Florida 33401
    E-Mail:  Anika.campbell@csklegal.com
             Stephen.harber@csklegal.com
    Telephone: (561) 383-9217

Facsimile: (561) 683-8977

By:___/s/ ANIKA CAMPBELL
ANIKA CAMPBELL
FBN:  037371
STEPHEN HARBER
FBN: 96374

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that May 30, 2014, we electronically filed the foregoing document with the Clerk of Court using EM/ECF. We also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

        COLE, SCOTT & KISSANE, P.A.
        Attorneys for Defendants
        1645 Palm Beach Lakes Blvd., 2nd Floor
        West Palm Beach, Florida 33401
        E-Mail: Anika.campbell@csklegal.com
                Stephen.harber@csklegal.com
        Telephone: (561) 383-9217
        Facsimile: (561) 683-8977

        By: ___/s/ ANIKA CAMPBELL
        ANIKA CAMPBELL
        FBN: 037371
        STEPHEN HARBER
        FBN: 96374


Service List

**Brandon Forgione**
**Akerman Senterfitt**
**Brandon.forgione@akerman.com**

**William Heller**
**William.heller@akerman.com**

**(VIA EMAIL AND US MAIL)**
**Johnnie M. Hayes**
**480 W. 35th Street**
**Riviera Beach, FL 33404**
**Ijhayes.hayes13@gmail.com**

**(VIA EMAIL AND US MAIL)**
**Priscilla Davis**
**480 W. 35th Street**
**Riviera Beach, FL 33404**
**priscilla3574@gmail.com**

**Rivero Mestre LLP**
**Catherine C. Grieve. Esq.**
**cgrieve@riveromestre.com**
**abernhard@riveromestre.com**

l:\1085-0342-00\p\motions\motion- joinder for continuance.docx