UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-80610-CIV-MARRA

JOHNNIE HAYES,
PRISCILLA DAVIS,

    Plaintiffs,

v.

U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE
FOR STRUCTURED ASSET INVESTMENT LOAN TRUST
MORTGAGE PASS-THROUGH CERTIFICATES
SERIES 2006-2; BNC MORTGAGE, INC.;
JP MORGAN CHASE N.A.;
OCWEN LOAN SERVICING, LLC;
CHASE FULFILLMENT CENTER;
ROBERTSON, ANCHUTZ , & SCHNEID, P.L.;
LAURA A. JACKSON; JAMIE EPSTEIN;
JONATHAN MEISELS; MICHELLER BONDER,

    Defendants.
_____/

## ORDER TO SHOW CAUSE

This cause is before the Court *sua sponte*.

Pursuant to the Federal Rule of Civil Procedure 4(m), service of the summons and complaint is to be perfected upon the defendants within 120 days after the filing of the complaint. A review of the court record reveals that the initial Complaint in the present action was filed on June 14, 2013 (DE 1), and the Verified First Amended Complaint was filed on November 15, 2013 (DE 63). However, there is no indication that Defendants BNC Mortgage, Laura A. Jackson, and John P. Little III have been served. Accordingly, it is **ORDERED AND ADJUDGED** as follows:

    1. Within twenty (20) days from the date of entry of this Order, Plaintiffs shall either perfect

service upon these Defendants or show good cause as to why service has not been perfected.

2. Failure to comply with this Order may result in the dismissal of the present action, without prejudice, as to these Defendants.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 30th day of June, 2014.

_____
KENNETH A. MARRA
United States District Judge