UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 13-80610-CIV-MARRA

JOHNNIE HAYES,
PRISCILLA DAVIS,

      Plaintiffs,

v.

U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE
FOR STRUCTURED ASSET INVESTMENT LOAN TRUST
MORTGAGE PASS-THROUGH CERTIFICATES
SERIES 2006-2; BNC MORTGAGE, INC.;
JP MORGAN CHASE N.A.;
OCWEN LOAN SERVICING, LLC;
CHASE FULFILLMENT CENTER;
ROBERTSON, ANCHUTZ , & SCHNEID, P.L.;
LAURA A. JACKSON; JAMIE EPSTEIN;
JONATHAN MEISELS; MICHELLER BONDER,

      Defendants.

_____/

**ORDER**

This cause is before the Court upon Defendant JPMorgan Chase Bank, N.A.'s Motion for

Set Aside Default (DE 128).  No response was filed, and the time to respond has expired.

It is **ORDERED AND ADJUDGED** that  Defendant JPMorgan Chase Bank, N.A.'s Motion

for Set Aside Default (DE 128) is **GRANTED**.  It is the preferred practice to decide cases on their

merits.  There will be no prejudice to Plaintiff's by setting aside the default.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida,

this 1st day of July, 2014.

_____
KENNETH A.  MARRA
United States District Judge