UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:13-CV-80610-KAM

JOHNNIE M. HAYES, PRISCILLA Y.
DAVIS,

       Plaintiffs,

vs.

U.S. BANK NATIONAL ASSOCIATION,
as Trustee for Structured Asset Investment
Loan Trust Mortgage Pass-Through
Certificates Series 2006-2, et al.,

       Defendants,

_____/

## ORDER DENYING MOTION FOR RECONSIDERATION

This cause is before the Court on Plaintiffs' Motion for Reconsideration of Judges's [sic] Order DE #193 Final Judgment in Favor of US Bank N.A. et al. (DE 197). On April 14, 2015, this Court closed this case for lack of jurisdiction. (DE 193). It concluded that jurisdiction was lost on July 21, 2014, when Plaintiffs failed to file an amended complaint within the time period afforded by this Court in its order dismissing their original complaint. (Id. at 4).

Plaintiffs seek reconsideration of this jurisdictional conclusion, arguing that, as pro se litigants, their pleadings must be afforded a liberal construction and their "misunderstanding of the law" must be forgiven. (DE 197 at 1). The Court is mindful of its obligation to construe pro se arguments more liberally than those prepared by trained counsel. See Haines v. Kerner, 404 U.S. 519 (1972). However, a litigant's pro se status does not excuse noncompliance with procedural rules. See Smith v. Mercer, 572 F. App'x 676, 678 (11th Cir. 2014) (citing Moon v.

Newsome, 863 F.2d 835, 837 (11th Cir.1989)). Moreover, this Court's lack of jurisdiction cannot be cured by resorting to a pro se litigant's "misunderstanding of the law."  See  Campbell v. White, No. CV405-181, 2006 WL 1431431, at *1 (S.D. Ga. May 22, 2006).

Plaintiffs present the Court with neither newly-discovered evidence nor alleged manifest errors of law or fact; rather, they attempt to relitigate the timeliness of their amended complaint by resorting to their pro se status.  This is an insufficient ground for granting reconsideration under Federal Rule of Civil Procedure 59(e).  See Arthur v. King, 500 F.3d 1335, 1343 (11th Cir. 2007).

Accordingly, it is hereby **ORDERED AND ADJUDGED** that Plaintiff's Motion for Reconsideration (DE 197) is **DENIED**.

**DONE AND ORDERED** in chambers at West Palm Beach, Palm Beach County, Florida, this 30th day of June, 2015.

_____
KENNETH A. MARRA
United States District Judge